IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00950–WYD–KMT

MARLYS SAYLER, and
BERNARD SAYLER,

    Plaintiffs,

v.

GARY WALLER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (#4, filed May 29, 2008) is DENIED. The scheduling conference is scheduled to take place nearly three months from now. As it states in the Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (#3, filed May 22, 2008), the plaintiff's shall notify all parties who have not yet entered an appearance of the date and time of the scheduling/planning conference, and shall provide a copy of the order to those parties. The court may consider a later motion to reschedule the scheduling conference if service has not been accomplished and/or other good cause exists.

Dated: May 30, 2008