IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00950–WYD–KMT

MARLYS SAYLER, and
BERNARD SAYLER,

    Plaintiffs,

v.

GARY WALLER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiffs' "Second Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (#8, filed July 29, 2008) is GRANTED. The Scheduling Conference set for August 21, 2008 is VACATED until such time as Defendant has filed a responsive pleading.

Dated: August 4, 2008