IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00950-WYD-KMT

MARLYS SAYLER; and
BERNARD SAYLER,

    Plaintiffs,

v.

GARY WALLER,

    Defendant.

## **ORDER**

THIS MATTER is before the Court on Plaintiff Bernard Sayler's Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1) as to Plaintiff Bernard Sayler, filed July 29, 2008 (docket #7). Having reviewed the motion and the premises therein, it is hereby

ORDERED that Plaintiff Bernard Sayler's Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1) as to Plaintiff Bernard Sayler, filed July 29, 2008 (docket #7) is **GRANTED**.

Dated: August 8, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge