IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00950-WYD-KMT

MARLYS SAYLER,

    Plaintiff,

v.

GARY WALLER,

    Defendant.

## ORDER

    THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

    ORDERED that the Stipulation for Dismissal With Prejudice [doc. #23], filed April 17, 2009, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or her own attorney's fees and costs.

    Dated:  April 17, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge